# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM 24063 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Erik P. HILSON, Jr.** | ) | |
| **Specialist Three (E-3)** | ) | |
| **U.S. Space Force** | ) | |
| *Appellant* | ) | **Panel 3** |

On 4 August 2025, Appellant submitted a motion to withdraw from appellate review and motion to attach. Specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 1 August 2025 and Appellant's counsel on 4 August 2025.

The Government did not submit any opposition.

Accordingly, it is by the court on this 11th day of August, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach, dated 4 August 2025, are **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

AGNIESZKA M. GAERTNER, Capt, USAF
Commissioner